## CASE NUMBER: 24-CA-000270
## Benchmark International CSSA, LLC vs Burdi, Gerard

| | |
|---|---|
| Case Number: 24-CA-000270 | |
| Uniform Case Number: 292024CA000270A001HC | Judicial Officer: Gabbard, Jennifer. X |
| Filed On: 2024-01-11 | Defendant: Burdi, Gerard |
| Case Type: Contract & Indebtedness | Amount Due: $0.00 |
| Case Status: Open | |

### CASE PARTY INFORMATION

| Party Type | Name | Attorney | Attorney Contact |
|---|---|---|---|

### CASE JUDGE INFORMATION

| Judge Assigned | Division | Date | Reason |
|---|---|---|---|
| Gabbard, X. Jennifer | Division F | 01/11/2024 | |

### CASE EVENT INFORMATION

| Event Date | Doc Index | Charge Number | Title |
|---|---|---|---|
| 08/26/2024 | | | Differentiated Case Management (Judicial Officer: Gabbard, Jennifer X) |
| | | | (02:30 PM - HTTPS://ZOOM.US/J/94004094230 MEETING ID 940 0409 4230. ) |
| 01/16/2024 | 29 | | EXHIBIT |
| | | | EXHIBIT A |
| | | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/16/2024 | 28 | | MOTION TO TRANSFER TO COMPLEX BUSINESS LITIGATION DIVISION |
| | | | PLAINTIFFS UNOPPOSED - DIVISION L |
| | | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/12/2024 | 27 | | LETTER TO |
| | | | ATTY: jason.baruch@hklaw.com |
| 01/12/2024 | 26 | | E-FILED SUMMONS ISSUED |
| | | | "Defendant: Burdi, Gerard" |
| 01/12/2024 | 25 | | E-FILED SUMMONS ISSUED |
| | | | "Defendant: Burdi, Nicholas" |
| 01/12/2024 | 24 | | E-FILED SUMMONS ISSUED |
| | | | "Defendant: Gerard Burdi as Trustee of the Gerard L Burdi Living Trust" |
| 01/12/2024 | 23 | | E-FILED SUMMONS ISSUED |
| | | | "Defendant: Gerard Burdi as Trustee of the Gerard L Burdi Small Business Trust 2018" |
| 01/12/2024 | 22 | | E-FILED SUMMONS ISSUED |
| | | | "Defendant: Nicholas Burdi as Trustee of the Nicholas M Burdi Living Trust" |
| 01/12/2024 | 21 | | E-FILED SUMMONS ISSUED |
| | | | "Defendant: Nicholas Burdi as Trustee of the Nicholas M Burdi Small Business Trust 2018" |
| 01/12/2024 | 20 | | E-FILED SUMMONS ISSUED |
| | | | "Defendant: Tracks Unlimited, LLC" |
| 01/12/2024 | 19 | | E-FILED SUMMONS ISSUED |
| | | | "Defendant: Union Paving &amp; Construction Co., Inc." |
| 01/12/2024 | 18 | | General Differentiated Case Management Order |
| 01/11/2024 | 17 | | REQUEST FOR ADMISSIONS |
| | | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 16 | | REQUEST TO PRODUCE |
| | | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 15 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED |
| | | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 14 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED |

## CASE NUMBER: 24-CA-000270
## Benchmark International CSSA, LLC vs Burdi, Gerard

| | | |
|---|---|---|
| | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 13 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED |
| | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 12 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED |
| | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 11 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED |
| | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 10 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED |
| | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 9 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED |
| | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 8 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED |
| | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 7 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) |
| | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 6 | ATTACHMENT |
| | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 5 | ATTACHMENT |
| | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 4 | COMPLAINT |
| | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 3 | CIVIL COVER SHEET |
| | | "Plaintiff: Benchmark International CSSA, LLC" |
| 01/11/2024 | 2 | General Differentiated Case Management Applies |
| 01/11/2024 | 1 | File Home Location - Electronic |