IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

BENCHMARK INTERNATIONAL
CSSA, LLC,

      Plaintiffs,

vs.                                 Case No.:

GERARD BURDI,
NICHOLAS BURDI,
GERARD BURDI AS TRUSTEE
OF THE GERARD L. BURDI LIVING TRUST,
GERARD BURDI AS TRUSTEE OF THE
GERARD L. BURDI SMALL BUSINESS TRUST 2018,
NICHOLAS BURDI AS TRUSTEE OF THE
NICHOLAS M. BURDI LIVING TRUST,
NICHOLAS BURDI AS TRUSTEE OF THE
NICHOLAS M. BURDI SMALL BUSINESS TRUST 2018,
UNION PAVING & CONSTRUCTION CO., INC, and
TRACKS UNLIMITED, LLC

      Defendants.
_____/

## **REQUEST FOR ADMISSIONS TO DEFENDANTS**

Plaintiff Benchmark International CSSA, LLC ("Benchmark") requests Defendants,
Gerard Burdi ("G Burdi"), Nicholas Burdi ("N Burdi"),  Gerard L. Burdi Living Trust ("GBLT"),
Gerard L. Burdi Small Business Trust 2018 ("GBSBT2018"), Nicholas M. Burdi Living Trust
("NBLT"), and Nicholas M. Burdi Small Business Trust 2018 ("NBSBT2018") ("the six, together,
the "Owners"),  Union Paving & Construction Co., Inc, a corporation incorporated and existing
under the laws of New Jersey ("Union Paving"), Tracks Unlimited, LLC, a limited liability
company organized and existing under the laws of New Jersey ("Tracks Unlimited" and, together

with Union Paving the "Companies" and, collectively with the Owners, the "Defendants") admit the following requests:

1.   Admit that Kyle Burdi had no beneficial interest in or title to either of the Companies as of December 22, 2021.

2.   Admit that Kyle Burdi had no beneficial interest in or title to GBLT, GBSBT2018, NBLT, or NBSBT2018 as of December 22, 2021.

3.   Admit that Kyle Burdi had a beneficial interest in or title to at least one of the Companies as of December 22, 2021.

4.   Admit that G Burdi informed Benchmark, in writing, on or around September 7, 2023 that a "buyout of [his] brother" of the Companies had occurred.

5.   Admit that G Burdi provided Benchmark, in writing, on or around September 7, 2023 a list of the owners of the Companies that did not match the owners defined as Client Signatories in the Agreement as amended by Amendment No, 1 thereto. (*See* Compl. Ex. A, page 7.)

6.   Admit that Defendants have not provided Benchmark any documents evidencing the terms of the "buyout of [N Burdi]" referenced in G Burdi's written commission.

7.   Admit that Defendants have not provided Benchmark any written accounting concerning the "buyout of [N Burdi]" referenced in G Burdi's written commission.

8.   Admit that Defendants did not provide any notice of termination of the Agreement prior to December 6, 2023.

9.   Admit that Defendants did not make any attempt to terminate the Agreement prior to December 6, 2023.

Respectfully submitted,

*/s/ Jason H. Baruch*
Jason H. Baruch

2

Florida Bar No. 10280
jason.baruch@hklaw.com
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Suite 4100
Tampa, Florida 33602-3644
Telephone: (813) 227-8500

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 11th day of January 2024, I electronically filed the foregoing motion with the E-Portal filing system, which will transmit the foregoing document via email to all counsel of record.

*/s/ Jason H. Baruch*
Attorney

#238384837_v1

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION**

BENCHMARK INTERNATIONAL CSSA,
LLC,

       Plaintiff,

v.                                Case No.

GERARD BURDI,
NICHOLAS BURDI,
GERARD BURDI AS TRUSTEE
OF THE GERARD L. BURDI LIVING TRUST,
GERARD BURDI AS TRUSTEE OF THE
GERARD L. BURDI SMALL BUSINESS TRUST 2018,
NICHOLAS BURDI AS TRUSTEE OF THE
NICHOLAS M. BURDI LIVING TRUST,
NICHOLAS BURDI AS TRUSTEE OF THE
NICHOLAS M. BURDI SMALL BUSINESS TRUST 2018,
UNION PAVING & CONSTRUCTION CO., INC, and
TRACKS UNLIMITED, LLC,

       Defendants.

_____/

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO ALL DEFENDANTS

Pursuant to Rules 1.280 and 1.350 of the Florida Rules of Civil Procedure, Plaintiff

Benchmark International CSSA, LLC ("Benchmark") serves this First Request for Production (the

"First Request"), requesting that Defendants, Gerard Burdi ("G Burdi"), Nicholas Burdi ("N Burdi"),

Gerard L. Burdi Living Trust ("GBLT"), Gerard L. Burdi Small Business Trust 2018 ("GBSBT2018"),

Nicholas M. Burdi Living Trust ("NBLT"), and Nicholas M. Burdi Small Business Trust 2018

("NBSBT2018") ("the six, together, the "Owners"),   Union Paving & Construction Co., Inc a

corporation incorporated and existing under the laws of New Jersey ("Union Paving"), Tracks

Unlimited, LLC limited liability company organized and existing under the laws of New Jersey

("Tracks Unlimited" and, together with Union Paving the "Companies" and, collectively with the Owners, the "Defendants") produce the following Documents for inspection and copying at the undersigned law firm within the time provided by the Florida Rules of Civil Procedure.

## **INSTRUCTIONS**

1.      Words and phrases in this First Request shall have the specific meanings and definitions expressly assigned to them in the "Definitions" section below.  To the extent that any capitalized word in this First Request is not defined herein, it shall have the specific meaning and definition expressly assigned to it in the Amended Complaint or the Agreement attached thereto as "Exhibit A."

2.      If You are aware of any Document or categories of Documents that would have been responsive to this First Request but that are no longer in Your possession, custody, or control, or in the possession, custody, or control of Your agents or attorneys, or that have been deleted, destroyed, discarded, removed, or otherwise disposed of, please identify: (a) the general subject matter of the Document or Documents; (b) the name and title of the author and recipient of the Document or Documents; (c) the approximate date of the Document or Documents; (d) the Person who ordered or authorized the deletion, destruction, removal, or relocation of the Document or Documents; and (e) the Person(s) or entity(ies), if any, now in control of the Document.

3.      If You withhold any Document based on a claim of privilege or other reason, please state for each such Document: (a) whether the attorney-client privilege, the work-product doctrine, or another form of privilege provides the basis for withholding the Document; (b) the type of Document being withheld (letter, memo, etc.) and its subject matter; (c) the purpose for the creation of the Document; (d) the date of the Document; (e) the name of the author and the author's job title; (f) the names of all recipients (including copy recipients) and the recipients' job titles; (g) the general subject matter of the Document and a detailed and specific explanation of all of the reasons why You contend that the Document is privileged or immune from discovery, including a clear statement of all factual grounds and legal analyses in a non-conclusory fashion; and (h) the category to which the Document is responsive.

4.      To the full extent provided by the Florida Rules of Civil Procedure, this First Request calls for not only Documents currently or formerly in Your possession, custody or control during the specified time, but also for Documents, information, and knowledge that is available to You upon reasonable inquiry or request directed to any entity or individual that is an agent, representative, employee, or affiliate of yours.  You are deemed in control of a Document if You have ownership, possession, or custody of it, or the right to secure it or a copy of it from any Person or public or private entity with physical possession of it.

5.      In responding to this First Request, You must make a diligent search of Your computer, emails, paper files, and other records, electronically stored information and materials in Your possession, custody, or control, or available upon request or demand to You or Your agents and attorneys.  If You cannot comply in full to this First Request with respect to any of the documents, electronically stored information, and tangible things designated for production herein, please comply to the maximum extent possible and specify the reason for Your inability to fully

2

comply with respect to any category of information.

6.      The singular form of a word or phrase shall be deemed to include the plural, and the masculine gender to include the feminine or neuter, where the context or circumstances so require or permit to make the request inclusive rather than exclusive. The past tense includes the present tense and vice versa, where the clear meaning is not distorted by change of tense, to make the request inclusive rather than exclusive.

7.      To the full extent allowed by the Florida Rules of Civil Procedure, this First Request is continuing so as to require supplemental responses in the event You, or any Person acting on Your behalf, obtain additional information or acquire possession, custody, or control of any additional Documents or Communications between the time of the original response and conclusion of the trial in this case.

8.      Unless otherwise specified, the time period applicable to this First Request is January 1, 2014, through the present.

## **DEFINITIONS**

1.      The term "Document" or "Documents" shall mean all documents, electronically stored information, and tangible things that can be subject to a request for production or inspection under Florida Rule of Civil Procedure 1.350.[1]

2.      "All" includes the word "any," and "any" includes the word "all."

3.      The words "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

---

[1]   Such items include, but are not limited to, all electronic and hard copy forms—stored in any medium from which information can be obtained either directly or after translation into a reasonably usable form—of the following: documents; electronically stored information; writings; drawings; graphs; charts; photographs; sound recordings; images; data and data compilations; tangible things; paper files; affidavits; agendas; agreements or proposed agreements; analyses; appointments; appointment records; audio records, whether transcribed or not; balance sheets; bank checks; bank deposit or withdrawal slips; bank statements; bids; bills; books of account; budgets; bulletins; checks; telephone records; codes; Communications; CDs, DVDs, flash drives, tapes, disks and diskettes; computer data or printouts; correspondence; desk calendars; diagrams; diaries; disks or data from which information can be obtained or translated; drafts, modifications, revisions, changes, alterations and/or amendments of Documents; tapes; emails; evaluations; Facebook posts, comments, or messages; facsimiles; films; financial analyses; financial calculations; financial projections, financial statements; forms; handbooks; handwritten notes or comments; income statements; indices; inspection reports; instructions; accounting records; interoffice and intra-office Communications; invoices; journals; ledgers; letters; letters of intent; lists; logbooks; manuals; meeting reports; memoranda; memoranda of conversations including telephone calls; text messages; messages or posts sent over messaging services, including social media; minutes; notes; notices of wire transfer of funds; order forms; orders; opinions; outlines; pamphlets; photocopies; pictures; plans; PowerPoints or PDFs; proposals; prospectuses; publications; punch cards; raw and refined data; receipts; recommendations; recordings; records; records or minutes of conferences or conversations or meetings; records of payment; releases and any and all drafts; reports; resolutions; results of investigations; returns; schedules; slides; social media messages; statements; statistical records; studies; summaries; surveys; analyses; tapes; tape recordings; tax returns; telephone records or other records of phone conversations or Communications; telephone messages; term sheets; text messages; time records; transcripts; video tapes; voice records; video recordings; work papers; working papers; worksheets; notations or annotations; and any and all other items, however denominated, similar to any of the foregoing which are within the possession, custody, or control of You or Your attorneys, experts, accountants, insurers, agents, officers or directors, wherever located. Any Document shall include all exhibits, schedules or other items annexed or attached to, affected by, or referenced in any such Document.

3

4. The terms "Communication" or "Communications" shall be construed in its broadest sense and shall mean and refer to any oral or written exchange or transmission of words or ideas to another Person (including but not limited to internal exchanges or transmissions), whether in-person, telephonic, electronic mail ("e-mail"), text message, message sent over messaging services or social media, on paper or through any other Document or medium, whether direct or through one or more intermediaries, and any other facts and information transmitted through any means or methods of conveying facts or information, as well as any Document reflecting, relating to, or including the Communication.

5. The term "Complaint" shall refer to the Complaint filed in this action, *Benchmark International CSSA, LLC v. Gerard Burdi., et al.*, filed in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida on January 11, 2024.

6. The terms "You," "Your," and "Defendants" shall refer to any and all of the Defendants in the above-captioned action, each and every name by which any and all of the parties are known or have been known, and any and all of their divisions, departments, bureaus, subsidiaries, affiliates, predecessors, and all present or former owners, employees, officers, directors, shareholders, members, partners, principals, agents, contractors, managers, representatives, and each and every Person or entity who acts or acted, or purports or purported to act, on any and all of their behalves or at their direction, as well as any related entity or other form of organization, company, corporation, association, commission, board, agency, partnership, proprietorship, joint venture, trust, or any other form of organization or entity of which any and all are a part, or which acts or acted, or purports or purported to act, on any and all of their behalves related to the events or circumstances giving rise to this action, described or referenced in any pleading or filing in this action, or relevant to any issue, claim, or defense in this action.

7. The term "Benchmark" shall refer to the Plaintiff in the above-captioned action, each and every name by which the party is known or has been known, and its divisions, departments, subsidiaries, affiliates, predecessors, and its present or former owners, employees, principals, officers, directors, shareholders, members, partners, attorneys, agents, contractors, managers, representatives, and each and every Person or entity who acts or acted, or purports or purported to act, on its behalf or at its direction, as well as any related entity or other form of organization, company, corporation, association, commission, board, agency, partnership, proprietorship, joint venture, trust, or any other form of organization or entity of which it is a part, or which acts or acted, or purports or purported to act, on its behalf.

8. The term "Person" or "Persons" shall mean any natural person, individual, corporation, partnership, joint venture, firm, agency, partnership, joint venture, voluntary or unincorporated association, other business association, entity or enterprise, proprietorship, trust, estate, governmental agency, board, authority, commission, bureau, department or such other governmental or quasi-governmental

4

entity, group of natural persons, organization, or other entity and includes any Person acting on or purporting to act, or who acted or purported to act, on his, hers, their, or its behalf in any capacity whatsoever.

9.      The term "Admitted Transaction" means the transaction involving the transfer of equity interest in either of both of the Companies between December 22, 2021 and September 29, 2023, as referenced in the email dated September 7th, 2023. (See Compl. ¶¶ 4, 40, Ex. B.)2

## **REQUESTS FOR PRODUCTION**[2]

1.      Documents evidencing, containing, or reflecting Defendants' Communications, discussions, deliberations, consideration, or evaluations – whether internal or exchanged with a third-party – about, leading up to, or resulting in the Admitted Transaction. (*See* Compl. ¶¶ 1, 24-26, Ex. B.)

2.      Documents evidencing, setting forth, or memorializing the change in ownership of any equity interest in either of the Companies between December 22, 2021 and January 11, 2024, including but not limited to any draft or final contract, agreement, or other formal document containing the terms, parameters, rights, and obligations between the parties thereto (together with all exhibits, schedules and other attachments), as well as any letter of intent, indication of interest, term sheet, or expression of interest, or similar expressions of initial interest related to the Admitted Transaction, whether formal or informal. (*See* Compl. ¶¶ 4,40 Ex. B.)

3.      Documents establishing that GBLT, GBSBT2018, NBLT, and NBSBT2018 were direct owners of the Companies as of December 22, 2022 as represented by Defendants in the February 23, 2022 amendment to the Agreement. (*See* Compl.¶ 2, Ex. A.)

4.      Documents establishing that Kyle Burdi had any beneficial interest or title to any equity interest in the Companies as of December 20, 2022. (*See* Compl. ¶¶ 2-4, Ex. A.)

5.      Documents establishing that Kyle Burdi had any beneficial interest or title to any equity interest in the Owners as of December 20, 2022. (*See* Compl. ¶¶ 2-4, Ex. A.)

6.      Documents used to establish any valuation used for or in any way related to the Admitted Transaction.

7.      Documents evidencing, containing, or reflecting Defendants' analyses, discussions, deliberations, consideration, or evaluation of their obligation or lack of obligation to pay any fee to Benchmark upon or as a result of the closing of the Admitted Transaction, including relating to the Transaction Fee set forth in the Agreement. (*See*, e.g., Compl. ¶¶ 13-17, Ex. B.)

8.      Documents evidencing, containing, or reflecting Defendants' analyses, discussions, deliberations, consideration, or evaluations of the emails and demands sent by Benchmark to

---

[2] To the extent that any capitalized word is not defined in the preceding Definitions section, it shall have the specific meaning and definition expressly assigned to it in the Complaint or the Agreement attached thereto as "Exhibit A."

5

Defendants requesting payment of the outstanding fee owed, any definitive documents evidencing the sale of equity in either of the Companies, or an accounting.  (*See*, e.g., Compl. ¶¶ 42-45, Ex. B.)

9.      Documents exchanged between Defendants and Kyle Burdi as counterparty to the Admitted Transaction, including Communications, referencing or referring to Benchmark, Defendants' engagement of a business broker, Defendants' Agreement with Benchmark or the terms thereof, or the Services for which Defendants contracted and that Benchmark provided. *(See, e.g.,* Compl. ¶¶ 3-4,17,22-27, Ex. A.)

10.      Documents and other information required to be provided by Sections 5 and 6 of the Agreement which have not been provided to Benchmark, including without limitation executed and complete copies of all definitive agreements (together with all exhibits, schedules and other attachments thereto) for the Admitted Transaction. (*See* Compl. ¶¶ 28-29; Ex. A.)

11.      Documents, including bank statements, cancelled checks, wire and ACH transfer instructions or acknowledgements, evidencing the transfer of any funds used for or in any way related to the Admitted Transaction.

12.      Documents evidencing, setting forth, or memorializing any promissory note or other debt instrument entered into by Defendants or Kyle Burdi in connection with the Admitted Transaction, including but not limited to any draft or final contract, agreement, or other formal document containing the parameters, rights, and obligations between the parties thereto (together with all exhibits, schedules and other attachments).  (*See* Compl. ¶ 27; Ex. B.)

13.      Documents evidencing, setting forth, or memorializing the Admitted Transaction, including but not limited to any draft or final contract, agreement, or other formal document containing the terms, parameters, rights, and obligations between the parties thereto, regardless of whether such transaction took place in the form of:

      a.  a sale,  transfer, merger, or disposal, in whole or in part, of any equity in either Company;

      b.  the entering into, transfer or surrender of any lease, license, option, joint venture, partnership, or franchise;

      c.  any financial arrangement relating to either Company and having an effect similar to (a) or (b); or

      d.  any other alienation by one or more of Defendants of title to or beneficial interest in any shares, the goodwill, or substantially all of the assets of either Company or any division thereof.

(*See* Compl. ¶¶ 3,27, Exs. A, B.)

14.      Documents evidencing, containing, or reflecting "the total benefit received or to be received by any [Defendant] and any of [Defendants' affiliates or related parties] pursuant to the

6

[Admitted Transaction] [3] regardless of the source, form of or timing of such consideration," including but not limited to:

    a.  any cash or other asset paid to, issued to, or transferred to any [Defendant or any of Defendants' affiliates or related parties] at the time of, or as a result of, the [Admitted Transaction];"

    b.  any liability of the [Companies] which is assumed, paid, assigned, guaranteed or forgiven at the time of, or as a result of, the [Admitted Transaction];"

    c.  the maximum consideration which may be provided to any Defendant or any of Defendants' affiliates or related parties] by any Counterparty[4] following the closing of the [Admitted Transaction], regardless of whether any part of such consideration is deferred, contingent, or derived as a royalty, license, lease, franchise fee, salary, bonus, earn out, retention payment, incentive compensation, interest, sale of personal goodwill, issuance of securities pursuant to an option or warrant exercise, or the like [other than] consideration … paid in the form of a salary to Gerard Burdi or Nicholas Burdi, [not] above $500,000 each per year…".[5]

    d.  any asset of the Business which is not purchased by any Counterparty(ies) and which is issued to, retained by or transferred to any Client Party prior to, on, or subsequent to the date of the Transaction; and

    e.  the total consideration payable by the Counterparty(ies) to all Client Parties, including any consideration that is or would be payable under any option to acquire more of the Business than is acquired during the Transaction.

(*See, e.g.,* Compl. ¶¶ 18,27; Ex. A.)

    15.    Documents evidencing, containing, or reflecting any consulting agreements entered into by any of the Defendants and any counter party to the Admitted Transaction. (*See* Compl. ¶¶ 28-29; Ex. B)

    16.    Documents evidencing, containing, or reflecting Defendants' Communications with Kyle Burdi with regard to the Admitted Transaction. (*See, e.g.,* Compl. ¶¶ 3-4, 46-47, Ex. B.)

---

[3] "**Transaction** means the alienation to any party, regardless of how or by whom procured, by one or more of the Client Signatories or other owners of the Business of title to or beneficial interest (whether held directly or indirectly by such Client Signatory[ies]) in any shares, any membership or partnership interests, the goodwill, or substantially all of the assets of the Business or any division thereof including, without limitation: (i) a sale, transfer, merger, or disposal, in whole or in part, of the Business; (ii) the entering into, transfer or surrender of any lease, license, option, joint venture, partnership, or franchise; (iii) any other financial arrangement relating to the Business and having an effect similar to clause (i) or (ii); (iv) the filing of a petition for bankruptcy or receivership by, on behalf of, or against any Client Signatory; or (v) the filing of a request to register any securities of a Client Signatory with the Securities and Exchange Commission (or similar regulatory body outside the United States). (Ex. A, § 5(d).)

[4] "**Counterparty** means, together with their affiliates and related parties, the person(s) and/or entitiy(ies) that enter(s) into a Transaction with any Client Signatory and shall include for all purposes at and after the closing of a Transaction those portions of the [Companies] transferred pursuant to the Transaction." (Ex. A, § 6(c).)

[5] This carve out for sch salaries was inserted at the Client Signatories' insistence while originally negotiating the terms of the Agreement and appears in Section 1 of the Addendum to the Agreement.

17.     Any Document supporting Defendants' position that no Transaction Fee is due on the Admitted Transaction.

/s/ Jason H. Baruch
Jason H. Baruch
Florida Bar No. 10280
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602-3644
Telephone:  813-227-8500
Facsimile:  813-229-0134
E-Mail: jason.baruch@hklaw.com
Secondary E-Mail:
wendysue.henry@hklaw.com
andrea.olson@hklaw.com
*Attorneys for Benchmark International CSSA, LLC*

8

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the Florida Courts E-Filing Portal, which will provide an electronic copy to counsel of record.

/s/ *Jason H. Baruch*
Attorney

9

**IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,**

**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

**Benchmark International CSSA, LLC**                Case Number.: **24-CA-000270**
Plaintiff(s)
vs
**Gerard Burdi; Nicholas Burdi; Gerard Burdi as**
**Trustee of the Gerard L Burdi Living Trust;**
**Gerard Burdi as Trustee of the Gerard L Burdi**
**Small Business Trust 2018; Nicholas Burdi as**
**Trustee of the Nicholas M Burdi Living Trust;**
**Nicholas Burdi as Trustee of the Nicholas M**
**Burdi Small Business Trust 2018; Tracks**
**Unlimited, LLC; Union Paving & Construction**
**Co., Inc.**                                      Division F
Defendant(s)

**SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:
        **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

**Gerard Burdi as Trustee of the Gerard L Burdi Living Trust**

**47 Lexington Road**
**Bernards Ownship NJ 07920**

        Each defendant is required to serve written defenses to the complaint or petition on  **JASON HENRY BARUCH** , plaintiff's attorney, whose address is **HOLLAND & KNIGHT LLP    100 N TAMPA ST STE 4100   TAMPA FL  33602**  within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Attorney: JASON HENRY BARUCH
Attorney For: Benchmark International
CSSA, LLC
Address: HOLLAND & KNIGHT LLP
100 N TAMPA ST STE 4100
TAMPA FL  33602

Florida Bar No: 10280                    24-CA-000270 1/12/2024 3:08:08 PM
                                         Prepared By:Brianna Sutherland, Deputy Clerk
                                         P.O. Box 3360           800 E Twiggs St
                                         Tampa, FL 33601         Room 101
                                                                 Tampa FL 33602

                                         (813)276-8100

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

**DATED** on January 12, 2024.

CINDY STUART
CLERK OF THE CIRCUIT COURT

_Cindy Stuart_

CINDY STUART, CLERK

---

[1]Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711**.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040, au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

### Enpòtan

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribunal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

**IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,**

**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

**Benchmark International CSSA, LLC**          Case Number.: **24-CA-000270**
Plaintiff(s)
vs
**Gerard Burdi; Nicholas Burdi; Gerard Burdi as**
**Trustee of the Gerard L Burdi Living Trust;**
**Gerard Burdi as Trustee of the Gerard L Burdi**
**Small Business Trust 2018; Nicholas Burdi as**
**Trustee of the Nicholas M Burdi Living Trust;**
**Nicholas Burdi as Trustee of the Nicholas M**
**Burdi Small Business Trust 2018; Tracks**
**Unlimited, LLC; Union Paving & Construction**
**Co., Inc.**                                  Division F
Defendant(s)

**SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:
      **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in
this action on defendant(s)
      **Gerard Burdi as Trustee of the Gerard L Burdi Small Business Trust 2018**

      **37 Pacer Court**
      **Basking Ridge NJ  07920**

      Each defendant is required to serve written defenses to the complaint or petition on  **JASON**
**HENRY BARUCH** , plaintiff's attorney, whose address is **HOLLAND & KNIGHT LLP    100 N**
**TAMPA ST STE 4100   TAMPA FL  33602**  within 20[1] days after service of this summons on that
defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this
court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so,
a default will be entered against that defendant for the relief demanded in the complaint or petition.

Attorney: JASON HENRY BARUCH
Attorney For: Benchmark International
CSSA, LLC
Address: HOLLAND & KNIGHT LLP
100 N TAMPA ST STE 4100
TAMPA FL  33602

Florida Bar No: 10280                    24-CA-000270 1/12/2024 3:09:00 PM
                            Prepared By:Brianna Sutherland, Deputy Clerk
                            P.O. Box 3360          800 E Twiggs St
                            Tampa, FL 33601       Room 101
                                               Tampa FL 33602

                            (813)276-8100

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

**DATED** on January 12, 2024.



CINDY STUART
CLERK OF THE CIRCUIT COURT

2024 CA 000270 1/12/2024 3:12:00 PM

_____
CINDY STUART, CLERK

¹Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711**.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040, au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

### Enpòtan

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribunal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

**IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,**

**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

**Benchmark International CSSA, LLC**          Case Number.: **24-CA-000270**
Plaintiff(s)

vs

**Gerard Burdi; Nicholas Burdi; Gerard Burdi as**
**Trustee of the Gerard L Burdi Living Trust;**
**Gerard Burdi as Trustee of the Gerard L Burdi**
**Small Business Trust 2018; Nicholas Burdi as**
**Trustee of the Nicholas M Burdi Living Trust;**
**Nicholas Burdi as Trustee of the Nicholas M**
**Burdi Small Business Trust 2018; Tracks**
**Unlimited, LLC; Union Paving & Construction**
**Co., Inc.**                                          Division F
Defendant(s)

**SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

     **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

**Gerard Burdi**

**37 Pacer Court**
**Basking Ridge NJ  07920**

     Each defendant is required to serve written defenses to the complaint or petition on  **JASON HENRY BARUCH** , plaintiff's attorney, whose address is **HOLLAND & KNIGHT LLP   100 N TAMPA ST STE 4100   TAMPA FL  33602**  within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Attorney: <u>JASON HENRY BARUCH</u>
Attorney For: <u>Benchmark International</u>
<u>CSSA, LLC</u>
Address: <u>HOLLAND & KNIGHT LLP</u>
<u>100 N TAMPA ST STE 4100</u>
<u>TAMPA FL  33602</u>

Florida Bar No: <u>10280</u>          24-CA-000270 1/12/2024 3:07:07 PM
                                     Prepared By:Brianna Sutherland, Deputy Clerk
                                     P.O. Box 3360                800 E Twiggs St
                                     Tampa, FL 33601              Room 101
                                                                  Tampa FL 33602
                                     (813)276-8100

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

Filed 1/12/2024 3:12:20 PM Hillsborough County Clerk of the Circuit Court

**DATED** on January 12, 2024.

CINDY STUART
CLERK OF THE CIRCUIT COURT

ACC-000270 1/12/2024 3:12:07 PM

_____
CINDY STUART, CLERK

---

[1]Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040, au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

## Enpòtan

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribunal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

**IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,**

**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

**Benchmark International CSSA, LLC**   Case Number.: **24-CA-000270**
Plaintiff(s)
vs
**Gerard Burdi; Nicholas Burdi; Gerard Burdi as**
**Trustee of the Gerard L Burdi Living Trust;**
**Gerard Burdi as Trustee of the Gerard L Burdi**
**Small Business Trust 2018; Nicholas Burdi as**
**Trustee of the Nicholas M Burdi Living Trust;**
**Nicholas Burdi as Trustee of the Nicholas M**
**Burdi Small Business Trust 2018; Tracks**
**Unlimited, LLC; Union Paving & Construction**
**Co., Inc.**           Division F
Defendant(s)

**SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:
   **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

     **Nicholas Burdi as Trustee of the Nicholas M Burdi Living Trust**

     **1140 Globe Avenue**
     **Mountainside NJ 07092**

   Each defendant is required to serve written defenses to the complaint or petition on **JASON HENRY BARUCH** , plaintiff's attorney, whose address is **HOLLAND & KNIGHT LLP 100 N TAMPA ST STE 4100 TAMPA FL 33602** within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Attorney: <u>JASON HENRY BARUCH</u>
Attorney For: <u>Benchmark International</u>
<u>CSSA, LLC</u>
Address: <u>HOLLAND & KNIGHT LLP</u>
<u>100 N TAMPA ST STE 4100</u>
<u>TAMPA FL 33602</u>

Florida Bar No: <u>10280</u>     24-CA-000270 1/12/2024 3:09:45 PM
             Prepared By:Brianna Sutherland, Deputy Clerk
             P.O. Box 3360   800 E Twiggs St
             Tampa, FL 33601  Room 101
                    Tampa FL 33602
             (813)276-8100

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

Filed 1/12/2024 3:12:23 PM Hillsborough County Clerk of the Circuit Court

**DATED** on January 12, 2024.

CINDY STUART
CLERK OF THE CIRCUIT COURT

24-CA-000270 1/12/2024 4:02:45 PM

CINDY STUART, CLERK

¹Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711**.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040, au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

### Enpòtan

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribunal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

**IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,**

**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

**Benchmark International CSSA, LLC**          Case Number.: **24-CA-000270**
Plaintiff(s)
vs
**Gerard Burdi; Nicholas Burdi; Gerard Burdi as**
**Trustee of the Gerard L Burdi Living Trust;**
**Gerard Burdi as Trustee of the Gerard L Burdi**
**Small Business Trust 2018; Nicholas Burdi as**
**Trustee of the Nicholas M Burdi Living Trust;**
**Nicholas Burdi as Trustee of the Nicholas M**
**Burdi Small Business Trust 2018; Tracks**
**Unlimited, LLC; Union Paving & Construction**
**Co., Inc.**                                 Division F
Defendant(s)

**SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:
      **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

    **Nicholas Burdi as Trustee of the Nicholas M Burdi Small Business Trust 2018**

    **228 Appletree Lane**
    **Mountainside NJ  07092**

    Each defendant is required to serve written defenses to the complaint or petition on  **JASON HENRY BARUCH** , plaintiff's attorney, whose address is **HOLLAND & KNIGHT LLP    100 N TAMPA ST STE 4100   TAMPA FL  33602**  within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Attorney: JASON HENRY BARUCH
Attorney For: Benchmark International
CSSA, LLC
Address: HOLLAND & KNIGHT LLP
100 N TAMPA ST STE 4100
TAMPA FL  33602

Florida Bar No: 10280

24-CA-000270 1/12/2024 3:10:24 PM
Prepared By:Brianna Sutherland, Deputy Clerk
P.O. Box 3360        800 E Twiggs St
Tampa, FL 33601     Room 101
                      Tampa FL 33602

(813)276-8100

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

Filed 1/12/2024 3:12:23 PM Hillsborough County Clerk of the Circuit Court

**DATED** on January 12, 2024.

CINDY STUART
CLERK OF THE CIRCUIT COURT

24-CA-000270 1/12/2024 3:10:24 PM

_____
CINDY STUART, CLERK

---

¹Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711**.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040, au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

## Enpòtan

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribunal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

**IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,**

**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

**Benchmark International CSSA, LLC**                    Case Number.: **24-CA-000270**
Plaintiff(s)
vs
**Gerard Burdi; Nicholas Burdi; Gerard Burdi as**
**Trustee of the Gerard L Burdi Living Trust;**
**Gerard Burdi as Trustee of the Gerard L Burdi**
**Small Business Trust 2018; Nicholas Burdi as**
**Trustee of the Nicholas M Burdi Living Trust;**
**Nicholas Burdi as Trustee of the Nicholas M**
**Burdi Small Business Trust 2018; Tracks**
**Unlimited, LLC; Union Paving & Construction**
**Co., Inc.**                                         Division F
Defendant(s)

**SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

      **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

**Nicholas Burdi**

**228 Appletree Lane**
**Mountainside NJ  07092**

      Each defendant is required to serve written defenses to the complaint or petition on **JASON HENRY BARUCH** , plaintiff's attorney, whose address is **HOLLAND & KNIGHT LLP    100 N TAMPA ST STE 4100   TAMPA FL  33602**  within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Attorney: JASON HENRY BARUCH
Attorney For: Benchmark International
CSSA, LLC
Address: HOLLAND & KNIGHT LLP
100 N TAMPA ST STE 4100
TAMPA FL  33602

Florida Bar No: 10280

24-CA-000270 1/12/2024 3:07:32 PM
Prepared By:Brianna Sutherland, Deputy Clerk
P.O. Box 3360        800 E Twiggs St
Tampa, FL 33601    Room 101
                      Tampa FL 33602
(813)276-8100

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

**DATED** on January 12, 2024.

CINDY STUART
CLERK OF THE CIRCUIT COURT

_Cindy Stuart_
24-CA-000270 1/12/2024 3:12:22 PM

CINDY STUART, CLERK

---

[1]Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711**.

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040, au moins 7 jours avant votre comparution au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

**Enpòtan**

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribunal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

**IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,**

**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

**Benchmark International CSSA, LLC**            Case Number.: **24-CA-000270**
Plaintiff(s)
vs
**Gerard Burdi; Nicholas Burdi; Gerard Burdi as**
**Trustee of the Gerard L Burdi Living Trust;**
**Gerard Burdi as Trustee of the Gerard L Burdi**
**Small Business Trust 2018; Nicholas Burdi as**
**Trustee of the Nicholas M Burdi Living Trust;**
**Nicholas Burdi as Trustee of the Nicholas M**
**Burdi Small Business Trust 2018; Tracks**
**Unlimited, LLC; Union Paving & Construction**
**Co., Inc.**                                              Division F
Defendant(s)

**SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

      **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

**Tracks Unlimited, LLC**

**1140 Globe Avenue**
**Mountainside NJ  07092**

      Each defendant is required to serve written defenses to the complaint or petition on **JASON HENRY BARUCH** , plaintiff's attorney, whose address is **HOLLAND & KNIGHT LLP    100 N TAMPA ST STE 4100   TAMPA FL  33602**  within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Attorney: JASON HENRY BARUCH
Attorney For: Benchmark International
CSSA, LLC
Address: HOLLAND & KNIGHT LLP
100 N TAMPA ST STE 4100
TAMPA FL  33602

Florida Bar No: 10280                        24-CA-000270 1/12/2024 3:11:50 PM
                                             Prepared By:Brianna Sutherland, Deputy Clerk
                                             P.O. Box 3360              800 E Twiggs St
                                             Tampa, FL 33601            Room 101
                                                                       Tampa FL 33602

                                             (813)276-8100

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

**DATED** on January 12, 2024.

CINDY STUART
CLERK OF THE CIRCUIT COURT

_Cindy Stuart_

24-CA-000270 1/12/2024 3:12:20 PM

CINDY STUART, CLERK

[1]Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

Filed 1/12/2024 3:12:35 PM Hillsborough County Clerk of the Circuit Court

demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040, au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

### Enpòtan

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

**IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,**

**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

**Benchmark International CSSA, LLC**          Case Number.: **24-CA-000270**
Plaintiff(s)
vs
**Gerard Burdi; Nicholas Burdi; Gerard Burdi as**
**Trustee of the Gerard L Burdi Living Trust;**
**Gerard Burdi as Trustee of the Gerard L Burdi**
**Small Business Trust 2018; Nicholas Burdi as**
**Trustee of the Nicholas M Burdi Living Trust;**
**Nicholas Burdi as Trustee of the Nicholas M**
**Burdi Small Business Trust 2018; Tracks**
**Unlimited, LLC; Union Paving & Construction**
**Co., Inc.**                                           Division F
Defendant(s)

**SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:
   **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

**Union Paving & Construction Co., Inc.**

**c/o Stephen Hehl Registered Agent**

 **370 Chestnut Street Five Points**

**Union NJ  07083**

  Each defendant is required to serve written defenses to the complaint or petition on  **JASON HENRY BARUCH** , plaintiff's attorney, whose address is **HOLLAND & KNIGHT LLP    100 N TAMPA ST STE 4100  TAMPA FL  33602**  within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Attorney: JASON HENRY BARUCH
Attorney For: Benchmark International
CSSA, LLC
Address: HOLLAND & KNIGHT LLP
100 N TAMPA ST STE 4100
TAMPA FL  33602

Florida Bar No: 10280                    24-CA-000270 1/12/2024 3:11:46 PM
                                         Prepared By:Brianna Sutherland, Deputy Clerk
                                         P.O. Box 3360            800 E Twiggs St
                                         Tampa, FL 33601          Room 101

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

Tampa FL 33602

(813)276-8100

**DATED** on January 12, 2024.

CINDY STUART
CLERK OF THE CIRCUIT COURT



CINDY STUART, CLERK

---

[1]Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

<u>**IMPORTANT**</u>

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711**.

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040, au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

**Enpòtan**

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribunal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL
CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

BENCHMARK INTERNATIONAL CSSA, LLC

      Plaintiffs,

v.

GERARD BURDI; NICHOLAS BURDI; GERARD BURDI AS TRUSTEE OF THE GERARD L BURDI LIVING TRUST; GERARD BURDI AS TRUSTEE OF THE GERARD L BURDI SMALL BUSINESS TRUST 2018; NICHOLAS BURDI AS TRUSTEE OF THE NICHOLAS M BURDI LIVING TRUST; NICHOLAS BURDI AS TRUSTEE OF THE NICHOLAS M BURDI SMALL BUSINESS TRUST 2018; UNION PAVING & CONSTRUCTION CO., INC.; TRACKS UNLIMITED, LLC

      Defendants.

Case Number: 24-CA-000270
Division F

_____

## DIFFERENTIATED CASE MANAGEMENT ORDER &

## NOTICE OF CASE MANAGEMENT HEARING

## ON 8/26/2024 AT 2:30 PM

## (GENERAL CIRCUIT CIVIL CASES FILED AFTER APRIL 30, 2021)

      THIS CAUSE comes before the Court on review of Amendment 12 to Florida Supreme Court Administrative Order AOSC20-23 (the "**Supreme Court Order**"). The Supreme Court Order directs the chief judge of each circuit to issue an administrative order requiring the presiding judge for each civil case to actively manage civil cases in accordance with a differentiated case management process. Consistent with this requirement, the Chief Judge of the Thirteenth Judicial Circuit issued Administrative Order S-2021-060 (the "**Case Management Plan**") on April 26, 2021.

      Accordingly, it is now

      **FOUND, ORDERED,** and **ADJUDGED** that:

1. **Designation of Case.** This case is preliminarily designated as a *General* civil case, as defined by the Supreme Court Order and the Case Management Plan.

2. **Plaintiff's Obligation to Serve DCM Order on All Defendants.** Consistent with the Case Management Plan, this Differentiated Case Management Order & Notice of Hearing (the "**DCM Order**") has been generated automatically upon the filing of the complaint and Filed 1/12/2024 3:01:49 PM Hillsborough County Clerk of the Circuit Court

will be provided to Plaintiff along with the summons.  Plaintiff is **DIRECTED** to serve the DCM Order on each and every named defendant in the same manner and at the same time as the complaint itself is served.

3. **Conformity with Supreme Court Order's Directive.**  The deadlines established in this DCM Order are set in conformity with the Supreme Court Order's directive that General civil cases be managed according to the time standards specified in Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B).

4. **Procedure for Modification of Deadlines.**  Counsel or any self-represented parties, or both, may seek to modify the deadlines set forth in this order by either:

   a. Filing a motion and setting it for hearing; or

   b. Stipulating to new deadlines and submitting an Amended Differentiated Case Management Order.  The Amended Differentiated Case Management Order ("**Amended DCM Order**") form is available under the "Forms" tab of the undersigned's page at http://www.fljud13.org.  The Amended DCM Order must include a date for a court-ordered case management conference (the "**Court-Ordered Case Management Conference**").  Hearing time for the Court-Ordered Case Management Conference should be secured on either a Uniform Motion Calendar ("**UMC**") docket or a 15-minute hearing docket.

5. **Procedure for Setting Firm Trial Date When Case is at Issue.**  Consistent with the Supreme Court Order's mandate, the deadlines set forth in this DCM Order contemplate a projected trial date within the time standards specified in Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B).  A firm trial date will be set through entry of a Uniform Order Setting Trial & Pretrial at the Court-Ordered Case Management Conference or as otherwise provided in this order.

6. **Court-Ordered Case Management Conference.**  It is appropriate to set a Court-Ordered Case Management Conference prior to the close of fact discovery to both assess the progress of the case and set a firm trial date.

   a. **Date and Time for Court-Ordered Case Management Set Below.**  A date and time for the Court-Ordered Case Management Conference is set below.

   b. **Method of Conducting Court-Ordered Case Management Conference:**  The Court-Ordered Case Management Conference will be conducted remotely through the use of the following technology and connection instructions:

      **Zoom link:** https://zoom.us/j/94004094230
      **Meeting ID:** 940 0409 4230
      *No password is required

c. **Attendance Mandated.** Counsel and any self-represented parties **MUST ATTEND** unless otherwise excused by the Court and must be prepared to discuss selection of a firm trial date and corresponding pretrial conference date and time.

d. **Process for Securing Excusal from Attending the Court-Ordered Case Management Conference:**

   i. **Automatic Excusal.**

      1. Unless otherwise ordered by the presiding judge, counsel or any self-represented parties, or both, are automatically excused from attending the Court-Ordered Case Management Conference if a Uniform Order Setting Trial & Pretrial (Revised April 30, 2021) has been submitted to and signed by the Court at least 30 days before the date of the Court-Ordered Case Management Conference; and

      2. Any party seeking to invoke this automatic excusal provision should notify the judicial assistant by email sent to the division email address within 3 business days of the date the Uniform Order Setting Trial & Pretrial (Revised April 30, 2021) is signed.

   ii. **Discretionary Excusal.**

      1. Counsel or self-represented parties, or both, may seek a discretionary excusal from the Court-Ordered Case Management Conference by filing a motion and submitting an agreed proposed order excusing attendance by the Court on one of the following grounds:

         a. The Court has signed an Amended DCM Order, either by stipulation or by filing a motion and setting a hearing, <u>AND</u> the Amended DCM Order sets a new Court-Ordered Case Management Conference; or

         b. Counsel has otherwise demonstrated good cause to believe that the case is otherwise in full compliance with the Supreme Court Order's mandate and the Case Management Plan.

e. **Failure to Attend Court-Ordered Case Management Conference.** The failure to attend the Court-Ordered Case Management Conference may result in the case being set for a trial date without input of the absent counsel or self-represented party, or both; dismissal of the complaint without prejudice; entry of a judicial

default; monetary sanctions against counsel or any self-represented parties, or both; or any other sanctions deemed appropriate by the presiding judge.

7. **Firm Trial Date to be Set by Uniform Order Setting Trial & Pretrial (Revised April 30, 2021).**  Once a firm trial date is selected, counsel will be directed to prepare and submit through the Florida E-Portal (the "**Portal**") a Uniform Order Setting Trial & Pretrial (Revised April 30, 2021), which is available under the "Forms" tab of the undersigned's page at http://www.fljud13.org.  The Uniform Order Setting Trial & Pretrial (Revised April 30, 2021) will require calculation of additional deadlines in a specified manner.

8. **Requirement to Review and Comply with Administrative Order for Circuit Civil Division.**  Counsel and any self-represented parties are **DIRECTED** to review and comply with all provisions of the Thirteenth Circuit's Administrative Order S-2021-014 (*Circuit Civil Division*), and any successive administrative order.

9. **Certificate of Conferral for Non-Dispositive Motions.**

    a. **When Required.**  Except for a motion (i) for injunctive relief; (ii) for judgment on the pleadings; (iii) for summary judgment; (iv) to dismiss or to permit maintenance of a class action; (v) to dismiss for failure to state a claim upon which relief can be granted; or (vi) to involuntarily dismiss an action, before the moving party or moving party's counsel files any other motion, the party or counsel should confer with the opposing party or opposing counsel in a good faith effort to resolve the issues raised by the motion. The moving party or moving party's counsel should include in the body of the motion a statement certifying that the moving party or moving party's counsel has conferred with the opposing party or opposing party's counsel—either in person, by telephone, or by video conferencing device—and stating whether the party or counsel agree on the resolution of the motion. A certification to the effect that opposing party or opposing party's counsel was unavailable for a conference before filing a motion should describe, with particularity, all of the efforts undertaken to accomplish dialogue with the opposing party or opposing party's counsel prior to filing the subject motion.

    b. **Cancelation of Hearing/Denial of Motion Filed Without Certificate of Conferral.**  Counsel and any self-represented parties should anticipate that a hearing set on a motion that lacks such a certification will be canceled and the motion may be denied without a hearing for failure to comply with this requirement.

    c. **Form of Certificate of Conferral.**  The certificate of conferral should be substantially in the following form:

    <u>**Certificate of Conferral Prior to Filing**</u>

Filed 1/12/2024 3:01:49 PM Hillsborough County Clerk of the Circuit Court

*"I certify that prior to filing this motion, I attempted to resolve the matter by discussing the relief requested in this motion by [date and method of communication (select one of the following: in person, telephone, or video conference)] with the opposing party or counsel and [the opposing party or counsel did not agree to that the motion could be resolved without the necessity of a hearing] OR [the opposing party or counsel did not respond and (describe with particularity all of the efforts undertaken to accomplish dialogue with the opposing party or opposing party's counsel prior to filing the motion)]."*

10. **Discovery Provisions.**

    a. **Fact Discovery.**

        i. All discovery must be served in time for a timely response to be received prior to the deadline for completion of fact discovery.

        ii. All non-expert witness depositions must occur prior to the deadline for completion of fact discovery.

        iii. Failure to timely complete discovery by the deadline for completion of fact discovery may result in, among other things, exclusion of evidence or other sanctions, or both.

    b. **Expert Discovery.**

        i. Expert disclosure must occur by the deadline indicated below.

        ii. Contemporaneous with disclosure of each expert, the disclosing party must provide to all other parties:

            1. No less than five proposed deposition dates, all of which must be prior to the deadline to complete expert discovery; and

            2. For each expert:

                a. Identify the expert's area of expertise;

                b. Identify the subject matter on which the expert is expected to testify;

                c. Summarize the substance of the facts and opinions to which the expert is expected to testify; and

        d.  Summarize the grounds for each opinion.

   iii.  The court may preclude an expert from testifying outside of the disclosed opinions.

   iv.  All expert witness depositions must be conducted prior to the deadline for completion of expert discovery.

   v.  It is the responsibility of counsel to select experts who:

      1.  Are prepared to make themselves available for deposition within the expert discovery period; and

      2.  Are prepared to respond promptly to requests for deposition dates.

   vi.  If an expert cannot be deposed prior to the deadline for completion of expert discovery despite timely and reasonable efforts of opposing counsel to secure deposition dates, that expert's testimony may be excluded at trial.

11. **Deadlines.** The deadlines set forth below are **ESTABLISHED** and will **GOVERN** this case and will be strictly enforced by the Court. Counsel and any self-represented parties are **DIRECTED** to review, calendar, and abide by them:

| Action or Event | Date |
|---|---|
| **Complaint filing date.** | 01/11/2024 |
| **Deadline for service of complaint.**<br>[120 days after filing of complaint; *see* Rule 1.070(j), Fla. R. Civ. P.] | 5/10/2024 |
| **Deadline for adding parties.**<br>[150 days after filing of complaint; subject to Rule 1.210, Fla. R. Civ. P.] | 6/10/2024 |
| **Deadline for service under extensions.**<br>[180 days after filing of complaint; *see* Rule 1.070(j), Fla. R. Civ. P.] | 7/9/2024 |
| **Court-Ordered Case Management Conference.**<br>NOTE:  This hearing will be conducted remotely.  Please | **08/26/2024**<br>At |

| | |
|---|---|
| see paragraph 6(b) for connection instructions.<br>[210 days after filing of complaint.] | **2:30 PM** |
| **Deadline for completion of fact discovery.**<br>[270 days after filing of complaint.] | 10/7/2024 |
| **Deadline for filing motion to compel   discovery.**<br>[284 days after filing of complaint.] | 10/21/2024 |
| **Plaintiff's expert disclosure deadline.**<br>[300 days after filing of complaint.] | 11/6/2024 |
| **Defendant's expert disclosure deadline.**<br>[330 days after filing of complaint.] | 12/6/2024 |
| **Rebuttal expert disclosure deadline.**<br>[344 days after filing of complaint.] | 12/20/2024 |
| **Deadline for completion of compulsory medical exam, if applicable and requested ("CME").**<br>[390 days after filing of complaint; subject to Rule 1.360(1)(A), Fla. R. Civ. P.] | 2/4/2025 |
| **Deadline for completion of mediation or non-binding arbitration.**<br>[420 days after filing of complaint.] | 3/6/2025 |
| **Deadline for completion of expert discovery.**<br>[420 days after filing of complaint.] | 3/6/2025 |
| **Month and year of the projected trial term.**<br>[540 days after filing of complaint; *see* Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B); firm trial date will be set by entry of a Uniform Order Setting Trial & Pretrial (Revised April 30, 2021).] | July, 2025 |

ENTERED by the undersigned judge on the date imprinted below.

24-CA-000409 2/12/2024 3:07:42 PM

Filed 1/12/2024 3:01:49 PM Hillsborough Cou

24-CA-000270 1/12/2024 3:01:42 PM
Jennifer X Gabbard, Circuit Judge

Your new case has been received and processed through the e-filing portal and accepted to our local case maintenance system.

Please note the case number and Division Assignment on all future filings.

Case Style: Benchmark International CSSA, LLC vs Burdi, Gerard
Case Number: 24-CA-000270
Division F

The following action has been taken in this case:

**(XX) Pursuant to Administrative Order 2013-21, the case type reflecting on this filing does not fit the criteria to be automatically assigned into Business Court, Division L. An Addendum to the Civil Cover Sheet is required. Your new case has been processed.**

Effective 12/01/2020, our office will prepare, issue the summons and add to the case progress docket for the action. Summons will be prepared based on the attached revised Request for Issuance of Summons form. Summons will be available for download from hover.hillsclerk.com within 48 business hours. Issued summons will no longer be emailed to you after 12/01/2020 and must be downloaded by filer.

http://www.hillsclerk.com/About-Us/Fees-and-Fines

| | | |
|---|---|---|
| Please make CASHIER'S CHECK or MONEY ORDER payable to: **CLERK OF THE CIRCUIT COURT** and include your case number on your method of payment **PERSONAL AND BUSINESS CHECK'S CANNOT BE ACCEPTED FOR CASES IN COLLECTIONS.** | | |
| **IN PERSON:** | | |
| **Downtown Area** | **Plant City Area** | **Brandon Regional Service Center** |
| George E. Edgecomb Courthouse 800 Twiggs Street Room 101 Tampa, FL 33602 (Mon-Fri \| 8 am – 5 pm) | Plant City Courthouse 301 N. Michigan Ave, Room 1071 Plant City, FL 33563 (Mon-Fri \| 8 am – 5 pm) | 311 Pauls Drive, Suite 110 Brandon, Florida (Mon-Fri \| 8 am – 4 pm) |
| **PAYMENT OPTIONS 24/7** | | |
| **BY PHONE:** 813-276-8100 | **ONLINE** Visa, MasterCard, Discover, American Express hover.hillsclerk.com | **BY MAIL:** Clerk of the Court P O Box 3360 Tampa, FL 33601 |

Brianna Sutherland
Court Support Specialist, Civil Court Processing Center
P: (813) 276-8100
E: circivportal@hillsclerk.com | W: www.hillsclerk.com



Edgecomb Courthouse, 1st Fl , Room 103
800 E. Twiggs St, Tampa, FL 33602

Like us on Facebook



NOTICE: Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

CONFIDENTIALITY NOTICE: The information contained in this email message is intended for the personal and confidential use of the recipient(s) designated above. This message may contain information that is privileged, confidential and exempt from disclosure under law and any unauthorized or inadvertent use, receipt, disclosure, dissemination or distribution of such information shall not waive any such privilege. If you are not an intended recipient of this message, and/or you have received this message in error, then please notify the sender. Any unauthorized and/or unintended review, use, dissemination, distribution, or reproduction of this message, or any of the information contained in it, is strictly prohibited.

Case 8:24-cv-00265-MSS-AAS   Document 1-3   Filed 01/29/24   Page 55 of 61 PageID 96

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR
HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION

BENCHMARK INTERNATIONAL CSSA,
LLC,

        Plaintiff,

v.

GERARD BURDI,
NICHOLAS BURDI,
GERARD BURDI AS TRUSTEE
OF THE GERARD L. BURDI LIVING TRUST,
GERARD BURDI AS TRUSTEE OF THE
GERARD L. BURDI SMALL BUSINESS TRUST 2018,
NICHOLAS BURDI AS TRUSTEE OF THE
NICHOLAS M. BURDI LIVING TRUST,
NICHOLAS BURDI AS TRUSTEE OF THE
NICHOLAS M. BURDI SMALL BUSINESS TRUST 2018,
UNION PAVING & CONSTRUCTION CO., INC, and
TRACKS UNLIMITED, LLC

        Defendants.
_____/

**Case No.**: 24-CA-000270
**Division**: F

## PLAINTIFF'S UNOPPOSED MOTION TO TRANSFER
## TO COMPLEX BUSINESS LITIGATION DIVISION "L"

Pursuant to this Court's Local Rule 3.5 and Administrative Order S-2013-021, Plaintiff,

Benchmark International CSSA, LLC ("Benchmark"), by and through its undersigned counsel,

hereby respectfully requests the entry of an order transferring this action to the Complex Business

Litigation Division of this Court ("Business Division") and as grounds states as follows:

1.      This case is currently filed in the Thirteenth Judicial Circuit in and for Hillsborough

County, Florida, Circuit Civil Division "F."

2.      The present case arises out of a contract dispute between Benchmark, a business

broker, and Defendants, then owners of all of the outstanding equity of Union Paving &

Construction Co., Inc. and Tracks Unlimited, LLC (the "Companies"). Defendants contracted in writing with Benchmark for Benchmark to market and facilitate the sale of the Companies. Benchmark successfully procured a buyer for the Companies, resulting in the successful sale of the Companies' assets.

3.       Pursuant to the written terms of the parties' agreement, Benchmark is owed a transaction fee equal to the greater of a percentage of the transaction value or $2,000,000.  Despite this, Defendants refuse to pay Benchmark the fee it is owed, and refuse to comply with other obligations as defined in the parties' written agreement.

4.       On January 11, 2024, Benchmark filed a Complaint asserting a claim for breach of contract against Defendants. The Complaint has not yet been served, and there have been no responsive pleadings filed in response to the Complaint.

5.       Upon the filing of its Complaint, Benchmark requested the action be assigned to Business Division L; however, the clerk assigned the action to Division F. A true and correct copy of Plaintiff's Civil Cover sheet requesting Division L is attached hereto as **Exhibit A**.

6.       The present case involves the purchase and sale of assets of a business and thus should be transferred to the Business Division pursuant to decretal 2.I of Administrative Order S-2013-021.

7.       While there may be additional grounds under which the requirements of Administrative Order S-2013-021 may be met, the grounds stated should be ample for the granting of an order of transfer to Division "L" as the Complex Business Litigation Division for the Thirteenth Judicial Circuit.

8.     There have been no appearances of counsel filed on behalf of Defendants in this case to date and thus, there is no objection at this time to the transfer of this case to Division "L."

WHEREFORE, Benchmark respectfully requests this Court enter an Order granting Plaintiff's Motion to Transfer this action from Division "F" to Division "L" of the Circuit Court in and for Hillsborough County, Florida together with such further and additional relief as this court may deem appropriate and proper.

Respectfully submitted,

*/s/ Jason H. Baruch*
Jason H. Baruch
Florida Bar No. 10280
jason.baruch@hklaw.com
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Suite 4100
Tampa, Florida 33602-3644
Telephone: (813) 227-8500
*Counsel for Plaintiff Benchmark*
*International CSSA, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2024, I electronically filed the foregoing motion with the E-Portal filing system, which will transmit the foregoing document via email to all counsel of record.

*/s/ Jason H. Baruch*
Attorney

3

Case 8:24-cv-00265-MSS-AAS   Document 1-3   Filed 01/29/24   Page 58 of 61 PageID 99

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR
HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION

BENCHMARK INTERNATIONAL CSSA,
LLC,

       Plaintiff,

v.

GERARD BURDI,
NICHOLAS BURDI,
GERARD BURDI AS TRUSTEE
OF THE GERARD L. BURDI LIVING TRUST,
GERARD BURDI AS TRUSTEE OF THE
GERARD L. BURDI SMALL BUSINESS TRUST 2018,
NICHOLAS BURDI AS TRUSTEE OF THE
NICHOLAS M. BURDI LIVING TRUST,
NICHOLAS BURDI AS TRUSTEE OF THE
NICHOLAS M. BURDI SMALL BUSINESS TRUST 2018,
UNION PAVING & CONSTRUCTION CO., INC, and
TRACKS UNLIMITED, LLC

       Defendants.
_____/

**Case No.**: 24-CA-000270
**Division**: F

**EXHIBIT A TO**

**PLAINTIFF'S UNOPPOSED MOTION TO TRANSFER**
**TO COMPLEX BUSINESS LITIGATION DIVISION "L"**

Case 8:24-cv-00265-MSS-AAS Document 1-3 Filed 01/29/24 Page 59 of 61 PageID 100

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>THIRTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>HILLSBOROUGH</u>   COUNTY, FLORIDA

<u>Benchmark International CSSA, LLC</u>
Plaintiff

Case # _____

Judge _____

vs.

<u>Gerard L. Burdi, Nicholas M. Burdi, Gerard Burdi, Trustee, Gerard Burdi Living Trust, Gerard</u>
<u>Burdi, Trustee, Small Business Trust 2018, Nicholas Burdi, Trustee, Living Trust, Nicholas Burdi,</u>
<u>Trustee, Small Business Trust 2018, Union Paving & Construction Co., Inc., Tracks Unlimited,</u>
<u>LLC</u>
Defendant

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III.   TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
       ☐ Business governance
       ☐ Business torts
       ☐ Environmental/Toxic tort
       ☐ Third party indemnification
       ☐ Construction defect
       ☐ Mass tort
       ☐ Negligent security
       ☐ Nursing home negligence
       ☐ Premises liability—commercial
       ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
       ☐ Commercial foreclosure
       ☐ Homestead residential foreclosure
       ☐ Non-homestead residential foreclosure
       ☐ Other real property actions

☐Professional malpractice
       ☐ Malpractice—business
       ☐ Malpractice—medical
       ☐ Malpractice—other professional
☐ Other
       ☐ Antitrust/Trade regulation
       ☐ Business transactions
       ☐ Constitutional challenge—statute or ordinance
       ☐ Constitutional challenge—proposed amendment
       ☐ Corporate trusts
       ☐ Discrimination—employment or other
       ☐ Insurance claims
       ☐ Intellectual property
       ☐ Libel/Slander
       ☐ Shareholder derivative action
       ☐ Securities litigation
       ☐ Trade secrets
       ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

### COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☒ No ☐

**IV.**     **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**     **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   1

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☐ yes
    ☒ no

**IX.**     **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Jason H Baruch          Fla. Bar # 10280
    Attorney or party                 (Bar # if attorney)

Jason H Baruch                   01/11/2024
  (type or print name)               Date